ORIGINAL

RECEIVED

SEP 4 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
See Attached

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Fred J. Livingstone

Firm Name: Taft Stettinius & Hollister, LLP

Post Office Box: 07-646 C

Street Address: 200 Public Square, Suite 3500

City-State-Zip: Cleveland, OH 44114

Telephone & Facsimile Numbers: (216) 241-2838 / (216) 241-3707 - Fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 2 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. __________

Agency Identification Code: H U D
See attached sheet for three-digit codes.

Amount Claimed: $955,800.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $__________
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination: __________

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**LIST OF PLAINTIFFS**

1. Housing Authority of the Township of Haddon

2. Haddon Housing Associates, Limited Partnership