ORIGINAL

FILED
SEP 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

**HADDON HOUSING ASSOCIATES, LIMITED PARTNERSHIP**
1450 E. Chestnut Ave., Building 1, Suite C
Vineland, NJ 08361

and

**HOUSING AUTHORITY OF THE TOWNSHIP OF HADDON**
Municipal Building
25 Wynnewood Avenue
Westmont, NJ 08109

Plaintiffs,

vs.

**THE UNITED STATES OF AMERICA,**

Defendant.

CASE NO.

07-646 C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in RCFC 7.1: A non-governmental corporate party to an action or proceeding in this court must file two copies of a statement that identifies any parent corporation and any publicly held company that owns 10% or more of its stock or states that there is no such corporation. A party must file the statement upon its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Haddon Housing Associates, Limited Partnership

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ **Yes** __X__ **No**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

________________________________________

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ **Yes** __X__ **No**

{K0348932.1}

If the answer is Yes, list below the identity of such corporation and the nature of the financial interest.

---

Respectfully submitted,

Dated: 8/31/07

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT, STETTINIUS & HOLLISTER LLP
3500 BP Tower
200 Public Square
Cleveland, Ohio 44114-2302
(216) 241-2838

Attorneys for Plaintiffs