IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PENNSAUKEN SENIOR TOWERS URBAN RENEWAL ASSOCIATES, LLC, et al., | ) | |
| Plaintiffs, | ) | No. 07-174C |
| | ) | No. 07-646C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS ANSWER AND THE JOINT PRELIMINARY STATUS REPORT

Defendant respectfully requests an enlargement of time of 60 days, to and including January 4, 2008, within which to file its answer or other responsive pleading that is currently due on November 5, 2007. This is defendant's first request since the cases were consolidated over defendant's objection on October 5, 2007. Additionally, defendant respectfully requests that the Court reset the deadline within which to file its JPSR from November 13, 2007, to 49 days after defendant files is answer pursuant to Appendix A of the Rules of the United States Court of Federal Claims. Plaintiffs do not oppose the requests.

As a result of the consolidation, government counsel for the former Pennsauken case has been reassigned to represent the Government in this consolidated matter.

As stated previously, the contracts that are subject to dispute are almost 30 years old and the subject matter is complex. Moreover, both sides have discussed the possibility of resolving these cases and, at this time, would like additional time to do so.

Additionally, newly assigned counsel must familiarize himself with both the contract and underlying facts relating to the Haddon property. Government counsel is unable to prepare

adequately for this case, at this time, because he is in the midst of preparing for trial in the case of The Dalles Irrigation District v. United States, No. 05-1042 (Fed. Cl.), which is scheduled for November 13, 2007. Thereafter, he will be getting married and out of the country until the beginning of December.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time within which to file its answer or other responsive pleading and reset the deadline for filing the JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

October 31, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 31st day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS ANSWER AND THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo